[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 23, 2011
JOHN LEY
CLERK

No. 11-10438
Non-Argument Calendar

_____

D.C. Docket No. 8:10-cr-00519-SDM-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PABLO BALTAZAR-MORALE,
a.k.a. Sergio Lopez-Luna,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 23, 2011)

Before EDMONDSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Pablo Baltazar-Morale appeals his sentence of ten months of imprisonment

following the revocation of his supervised release. 18 U.S.C. § 3583(e). Baltazar-Morale argues that his sentence is unreasonable. We affirm.

The district court did not abuse its discretion. Baltazar-Morale, a citizen of Mexico, was convicted of bank fraud, and in February 2010, Baltazar-Morale was deported from the United States on three years of supervised release subject to the condition that he refrain from reentering the United States without permission. In June 2010, Baltazar-Morale reentered the United States using a false identity, and later he received a sentence of three years of imprisonment for that crime. Baltazar-Morale argued for leniency based on his youth, his lack of education, and his need to support family in Mexico, but the district court was "struck by [Baltazar-Morale's] series of determined and unhesitating violations, despite . . . admonitions from" the court and "his agreement to abide by those obligations." The district court reasonably determined that a sentence of ten months of imprisonment that ran consecutive to Baltazar-Morale's three-year sentence for his illegal reentry would best address the "persistence of his offenses" and his "disregard for the law," and would provide "enhanced deterrence and . . . protect the public." Baltazar-Morale's sentence, which is within the guideline range and falls well below the statutory maximum sentence, is reasonable.

We **AFFIRM** Baltazar-Morale's sentence.

2